UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 07-24326-JKF |
| ALEXANDER T. McINTYRE<br>BERNADINE A. McINTYRE, | CHAPTER 13 |
| Debtors, | |
| PITTSBURGH FEDERAL CREDIT UNION formerly known as IRON CITY FEDERAL CREDIT UNION, | |
| Movant, | |
| ALEXANDER T. McINTYRE<br>BERNADINE A. McINTYRE, Debtors,<br>and RONDA J. WINNECOUR,<br>Chapter 13 Trustee, | |
| Respondents. | |

### MOTION FOR DISTRIBUTION OF UNCLAIMED FUNDS HELD BY THE CLERK OF COURTS

1. This Chapter 13 case was filed on July 6, 2007 and dismissed on June 1, 2012.

2. Movant at the time the case was initiated was known as Iron City Federal Credit Union ("Iron City").

3. Iron City filed two (2) Proofs of Claim as follows:

   a.) Proof of Claim as a secured creditor of the Debtors' automobile in the amount of $8,040; and

   b.) Proof of Claim as an unsecured creditor on a personal loan in the amount of $3,727.55.

4. During the course of the bankruptcy, Iron City received payments from the Chapter 13 Trustee sent to its then address of 3340 Liberty Avenue, Pittsburgh, Pennsylvania 15201.

5. During the pending of the bankruptcy, Iron City changed its name to Pittsburgh Federal Credit Union and moved its offices to 317 Brownsville Road, Pittsburgh, Pennsylvania 15210-2297.

6. Following the dismissal of the case, the Chapter 13 Trustee forwarded funds totaling $4,603.87 which belonged to Iron City, now Pittsburgh Federal Credit Union, to the Clerk of the U.S. Bankruptcy Court. See letter from The Office of the Chapter 13 Trustee to John J. Homer, Esquire, Clerk of the U.S. Bankruptcy Court dated July 11, 2012 attached hereto as **Exhibit "1"**.

7. The Chapter 13 Trustee's letter states that:

> "I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above. These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.
>
> Iron City Credit Union++
> 3340 Liberty Ave
> Pittsburgh, PA  15201
>
> CHECK NUMBER  799147     AMOUNT $4,603.87
>
> The disbursement(s) was returned to the Trustee for the following reason:
>
> Credit is on Global Reserve
>
> Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.
>
> /s/ Jackie Blough
> Administrative Assistant
> for Ronda J. Winnecour, Esq.
> Chapter 13 Trustee
>
> cc:  KENNETH STEIDL, ESQ
>       ALEXANDER T. McINTYRE
>       BERNADINE A. McINTYRE
>       Iron City Credit Union++"

8. On July 16, 2012, the Clerk of Courts acknowledged receipt of the above-referenced funds which were deposited into the Registry account. See attached Record of Funds Received For Deposit Into Registry Account as **Exhibit "2".**

9. These funds are the property of Pittsburgh Federal Credit Union.

WHEREFORE, Movant, Pittsburgh, Federal Credit Union, respectfully requests that the Court grant the attached order directing the Clerk of the U.S. Bankruptcy Court to distribute the funds totaling $4,603.87 to Pittsburgh Federal Credit Union at 317 Brownsville Road, Pittsburgh, Pennsylvania 15210-2297.

    Respectfully submitted,

    HERGENROEDER REGA EWING
    & KENNEDY, LLC


    /s/ Edward T. Harvey
    **Edward T. Harvey, Esquire**
    **PA Id. No. 43908**
    *Attorney for Movant, Pittsburgh Federal Credit Union formerly known as Iron City Federal Credit Union*

    Centre City Tower, Suite 1700
    650 Smithfield Street
    Pittsburgh, PA 15222
    Telephone: (412) 281-7724
    Facsimile: (412) 281-7727

    Email: eharvey@hrslaw.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 07-24326-JKF |
| ALEXANDER T. McINTYRE<br>BERNADINE A. McINTYRE, | CHAPTER 13 |
| Debtors, | |
| PITTSBURGH FEDERAL CREDIT UNION formerly known as IRON CITY FEDERAL CREDIT UNION, | |
| Movant, | |
| ALEXANDER T. McINTYRE<br>BERNADINE A. McINTYRE, Debtors,<br>and RONDA J. WINNECOUR,<br>Chapter 13 Trustee, | |
| Respondents. | |

**O R D E R**

AND NOW, this _____ day of _____, 2013, upon Motion of Creditor, Pittsburgh Federal Credit Union, formerly known as Iron City Federal Credit Union, it is hereby ORDERED that the Clerk of this Court shall remit funds it holds in its Registry Account in the amount of $4,603.87 to Movant, Pittsburgh Federal Credit Union, at 317 Brownsville Road, Pittsburgh, Pennsylvania 15210-2297.

By the Court,

_____J.